IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:23-cv-00066 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE |
| v. | ) | |
| | ) | |
| CHRISTOPHER F. MANACCI, | ) | |
| MATTHEW H. EVENHOUSE, and NGI | ) | CONSENT JUDGMENT |
| CLINICS LLC, | ) | |
| | ) | |
| Defendants. | | |

On this day came on to be heard the Complaint of the Plaintiff, United States of America ("Plaintiff"), represented by Michelle M. Baeppler, First Assistant United States Attorney, and Elizabeth Deucher, Assistant United States Attorney; and the Defendants, Christopher F. Manacci (Manacci),Matthew H. Evenhouse (Evenhouse), and NGI Clincs LLC (NGI).

The United States filed this action to recover damages for submitting false claims to the Medicare program from September 13, 2017 through October 17, 2018 resulting in Defendants improper receipt of $1,165,436.96.

The Defendants, having received a copy of the Complaint filed herein, and having read and understood the allegations of the United States contained therein, consent to the entry of this Consent Judgment and to each and every provision thereof without contest, and before any testimony has been taken; and the United States consents to the entry of this Consent Judgment and to each and every provision thereof.

WHEREAS, in order to settle all claims which the United States has against the Defendants as a result of the facts alleged in the Complaint, and in accordance with a settlement agreement previously entered into between the United States and Manacci and NGI, and

1

separately between the United States and Evenhouse, Defendant Manacci agrees that a judgment may be entered against him in the amount of $300,000,Defendant Evenhouse agrees that a judgment may be entered against him in the amount of $76,523.73, and Defendant NGI agrees that a judgment may be entered against it in the amount of $48,000.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. That this Court has jurisdiction of the subject matter hereof and of all persons and parties hereto pursuant to 31 U.S.C.§ 3732(a) and 28 U.S.C. § 1345, and that the Complaint states a cause of action against the Defendants.

2. That a judgment is hereby entered in favor of the United States against Christopher F. Manacci in the amount of three hundred thousand dollars ($300,000). Manacci shall pay this amount to the United States in accordance with the payment terms outlined in their Settlement Agreement.

3. That a judgment is hereby entered in favor of the United States against Matthew H. Evenhouse in the amount of seventy-six thousand, five hundred twenty-three dollars and seventy-three cents ($76,523.73). Evenhouse shall pay this amount to the United States in accordance with the payment terms outlined in their Settlement Agreement.

4. That a judgment is hereby entered in favor of the United States against NGI Clinics LLC in the amount of forty-eight thousand dollars ($48,000). NGI shall pay this amount to the United States in accordance with the payment terms outlined in their Settlement Agreement.

5. Each party to bear its own costs.

6. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement, until full and final payment has been made and all terms and conditions complete.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

MICHELLE M. BAEPPLER
First Assistant United States Attorney

*Elizabeth Deucher* (signature)
_____     Date: 1-13-2023
Elizabeth Deucher
Assistant U.S. Attorney
Attorney for Plaintiff

CHRISTOPHER F. MANACCI

_____     Date:_____
Christopher F. Manacci
Defendant

MATTHEW H. EVENHOUSE

_____     Date:_____
Matthew H. Evenhouse
Defendant

NGI CLINICS LLC

_____     Date:_____
Christopher F. Manacci, for
NGI CLINICS LLC

_____     Date:_____
Ellen Comley
Counsel for Defendants Christopher F.
Manacci, Matthew H. Evenhouse, and NGI Clinics LLC

CHRISTOPHER F. MANACCI

_____  Date: 11-29-22

Christopher F. Manacci
Defendant

MATTHEW H. EVENHOUSE

_____  Date: 11/18/22

Matthew H. Evenhouse
Defendant

NGI CLINICS LLC

_____  Date: 11-29-22

Christopher F. Manacci, for
NGI CLINICS LLC

_____  Date: 11/29/22

Ellen Comley
Counsel for Defendants Christopher F.
Manacci, Matthew H. Evenhouse, and NGI Clinics LLC